UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| **NAVIGATORS INSURANCE COMPANY** )<br>**as subrogee of MCTYRE TRUCKING** )<br>**COMPANY, INC.,** )<br>)<br>      **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**VERIZON VIRGINIA, INC.,** )<br>)<br>      **Defendant.** )<br>_____ ) | Case No. 3:11CV061 |

### VERIZON VIRGINIA'S MOTION TO DISMISS

**COMES NOW** Verizon Virginia, Inc. ("Verizon"), by counsel, and, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves this Court to dismiss the Plaintiff's action on the ground that the Plaintiff's complaint fails to state a claim upon which relief can be granted. In support of this motion, Verizon submits a memorandum of law herewith.

**WHEREFORE**, Verizon moves this Court to grant its motion to dismiss and to dismiss the Plaintiff's complaint for failure to state a claim upon which relief can be granted.

1

Respectfully submitted,

VERIZON VIRGINIA, INC.

By counsel

/s/
Collin J. Hite (VSB # 38869)
Kevin J. O'Brien (VSB # 78886)
M<small>C</small>G<small>UIRE</small>W<small>OODS</small> LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Phone: (804) 775-1000
Fax: (804) 775-1061
Email:  chite@mcguirewoods.com
  kobrien@mcguirewoods.com

*Counsel for Verizon Virginia, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Theodore I. Brenner
Alexander S. de Witt
BRENNER, EVANS & MILLMAN, P.C.
411 East Franklin Street, Suite 200
P.O. Box 470
Richmond, Virginia 23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
Email: tbrenner@beylaw.com
       adewitt@beylaw.com

William Mullin
GRAHAM MILLER NEANDROSS MULLIN & ROONAN LLC
2350 Broadway
New York, New York 10024
Phone: (212) 671-1179
Fax: (212) 877-4487
Email: wjm@grahammiller.com

/s/
Kevin J. O'Brien

\29207566.1