McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

Matthew S. Branson
Direct: 804.775.1670

# McGUIREWOODS

804.775.1670
Direct Fax: 804.775.1061

September 9, 2011

Clerk of Court
United States District Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

SEP 1 2 2011

Re: 3:11-ev-00061-HEH-DWD
Navigators Insurance Company v. Verizon Virginia, Inc. (the "Litigation")

Dear Clerk:

Steven G. Popps is slated to join our Richmond office as an associate on September 12, 2011. Steven has informed us that while clerking for the United States District Court for the Eastern District of Virginia ("the Court"), he worked on the Litigation.

I am writing to advise that McGuireWoods represents Verizon Virginia, Inc., a party in the Litigation. As required by Virginia Rule of Professional Conduct 1.12(c), McGuireWoods has established a formal ethics screen that will preclude Steven from participating in the Litigation after he joins McGuireWoods. He will not be apportioned any part of the fees McGuireWoods earns in connection with the Litigation.

This letter provides written notice to the Court and all the parties, as required by Rule 1.12(c), of the steps McGuireWoods has undertaken to address the conflict associated with Steven joining our firm. If you have any questions or concerns, please call me.

Sincerely,

Matt Branson

Matthew S. Branson

Atlanta | Austin | Baltimore | Brussels | Charlotte | Charlottesville | Chicago | Houston | Jacksonville | London
Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington

Clerk of Court
United States District Court
Eastern District of Virginia
September 9, 2011
Page 2

c: Steven G. Popps
   Theodore Brenner
   James Magner
   William Mullin
   Kevin O'Brien
   Clinton Verity
   Collin Hite
   Barbara Ann Williams