**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY ) | |
| as subrogee of MCTYRE TRUCKING ) | |
| COMPANY, INC., ) | |
| ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| VERIZON VIRGINIA, INC., ) | Case No. 3:11CV061-HEH |
| ) | |
|       Defendant and ) | |
|       Third-Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MCTYRE TRUCKING ) | |
| COMPANY, INC. et al, ) | |
| ) | |
|       Third-Party Defendants. ) | |
| _____) | |

**MEMORANDUM OF LAW IN SUPPORT OF
VERIZON VIRGINIA, INC.'S MOTION FOR ENTRY OF JUDGMENT**

      **COMES NOW** Defendant and Third-Party Plaintiff Verizon Virginia, Inc. ("Verizon"),

by counsel, and pursuant to Rule 58 of the Federal Rules of Civil Procedure and Local Civil

Rule 7(F) of this Court's Local Rules, submits this memorandum of law in support of its motion

for entry of judgment against McKee Oversize Load Escorts, LLC, as follows:

      1.     This case involves claims by Plaintiff Navigators Insurance Company

("Navigators") against Verizon and third-party claims by Verizon against four Third-Party

Defendants, including McKee.  (*See generally* Am. Compl., ECF No. 11; Am. 3d-Party Compl.,

ECF No. 19.)

2.      On or about August 29, 2011, all of the parties in this action reached a global settlement agreement of all claims pending in this matter ("Settlement Agreement").

3.      Under the Settlement Agreement, McKee agreed to the entry of judgment against it on Verizon's third-party claims against it in the amount of $12,000.00.  McKee does not oppose this motion.

4.      Accordingly, Verizon requests that the Court enter judgment against McKee and for Verizon, in accordance with the Settlement Agreement, in the form attached to Verizon's Motion as Exhibit A.

**WHEREFORE**, for the reasons stated above, Verizon moves this Court to enter judgment in favor of Verizon and against McKee in the amount of Twelve-Thousand Dollars ($12,000.00).

Respectfully submitted,

VERIZON VIRGINIA, INC.

By counsel

_____/s/_____
Collin J. Hite (VSB # 38869)
Kevin J. O'Brien (VSB # 78886)
McGuireWoods LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219-4030
Telephone: (804) 775-1000
Facsimile: (804) 775-1061
Email: chite@mcguirewoods.com
        kobrien@mcguirewoods.com
*Counsel for Defendant and Third-Party*
*Plaintiff Verizon Virginia, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2011, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Theodore I. Brenner, Esquire
Alexander S. de Witt, Esquire
BRENNER, EVANS & MILLMAN, P.C.
411 East Franklin Street, Suite 200
P.O. Box 470
Richmond, Virginia 23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
tbrenner@beylaw.com
adewitt@beylaw.com
*Counsel for Plaintiff Navigators Insurance Company and Third-Party Defendants Andrew J. Souza and McTyre Trucking Company, Inc.*

William Mullin, Esquire
GRAHAM MILLER NEANDROSS MULLIN & ROONAN LLC
2350 Broadway
New York, New York 10024
Phone: (212) 671-1179
Fax: (212) 877-4487
wjm@grahammiller.com

James P. Magner, Esquire
Clark & Associates, PC
108-E South Street, SE
Market Station
Leesburg, VA 20175
703.443-0001
703.443-1081 – fax
jmagner@candalaw.com
*Counsel for Third-Party Defendant McKee Oversize Load Escorts, LLC*

Clint W. Verity, Esquire
Bucci & Dix
10710 Midlothian Turnpike, Suite 304
Richmond, VA 23235
Phone: (804) 897-3950
Fax: (804) 379-0173
cverity@buccidix.com
*Counsel for Third-Party Defendant Hugh S. Wells*


_____/s/_____
Collin J. Hite

\33629990.1

3